**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorneys for Defendants
*Sam's West, Inc. and Walmart, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA RONI PADILLA, an individual, | Case No.:  2:25-cv-02421-CDS-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |
| SAM'S WEST, INC., a foreign corporation, d/b/a LAS VEGAS SAM'S CLUB #6261; WALMART, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; | |
| | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendants. | |

Plaintiff, VERONICA RONI PADILLA, by and through her counsel of record, Joel Hengslter, Esq. of The702Firm, and Defendants, SAM'S WEST, INC. and WALMART, INC. ("Defendants") by and through their attorney of record, Curtis R. Rawlings, Esq. of Burger, Meyer, & D'Angelo, LLP, hereby submit the instant Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3.

**I.**

## PROCEDURAL HISTORY

This lawsuit involves allegations that Plaintiff, VERONICA RONI PADILLA, suffered injuries relating to a slip and fall while shopping on Defendant's premises. On October 14, 2025, Plaintiff filed her Complaint against Defendants with the Eighth Judicial District Court for Clark

**STIPULATION AND ORDER TO EXTEND DISOCVERY PLAN AND SCHEDULING ORDER**

County, Nevada, and on November 19, 2025, Defendants filed their Answer. On December 8, 2025, Defendants filed their Petition for Removal and removed the matter to this Court based upon diversity jurisdiction. The parties participated in the FRCP Rule 26(f) conference and on December 19, 2025, this Court entered its Order on the parties' Discovery Plan and Scheduling Order [Document 9].

## II.

## DISCOVERY COMPLETED

**To date, Plaintiff has completed the following discovery**:

- Plaintiff's FRCP 26 Disclosure served December 30, 2025;

- Plaintiff's FRCP 26 Supplemental Disclosure served January 27, 2026;

- Plaintiff's Responses to Defendants' First Set of Requests for Admissions served March 6, 2026;

- Plaintiff's Answers to Defendants' First Set of Interrogatories served March 6, 2026;

- Plaintiff's Responses to Defendants' First Set of Requests for Production of Documents served March 6, 2026;

- Plaintiff's First Set of Interrogatories served March 20, 2026;

- Plaintiff's First Set of Requests for Admissions served March 20, 2026;

- Plaintiff's First Set of Requests for Production of Documents served March 20, 2026;

- Plaintiff's FRCP 26 Second Supplemental Disclosure served April 24, 2026;

- Plaintiff's FRCP 26 Third Supplemental Disclosure served June 2, 2026;

- Plaintiff's FRCP 26 Fourth Supplemental Disclosure served June 16, 2026;

**To date, Defendants have completed the following discovery**:

- Defendants' FRCP 26 Disclosure served December 14, 2025;

- Defendants' First Set of Interrogatories served February 4, 2026;

- Defendants' First Set of Requests for Admissions served February 4, 2026;

- Defendants' First Set of Requests for Production of Documents served February 4, 2026;

-2-

BURGER, MEYER & D' ANGELO, LLP

- Deposition Duces Tecum of medical providers on March 3, 2026;

- Defendant, Sam's West, Inc.'s Responses to Plaintiff's First Set of Requests for Admissions served April 8, 2026;

- Deposition Duces Tecum of additional medical providers on April 15, 2026;

- Defendants' FRCP 26 Supplemental Disclosure served April 22, 2026;

- Defendant, Sam's West, Inc.'s Answers to Plaintiff's First Set of Interrogatories served April 22, 2026;

- Defendant, Sam's West, Inc.'s Responses to Plaintiff's First Set of Requests for Production of Documents served April 22, 2026;

- Deposition of Plaintiff on April 23, 2026;

- Deposition of Macario Padilla on April 23, 2026;

**III.**

**DISCOVERY REMAINING TO BE COMPLETED**

- Depositions of Plaintiff's treating providers:

   - Following mediation, Defendant will likely take the depositions of several of Plaintiff's treating physicians. Given the possibility of the parties reaching a settlement in  mediation, it is only prudent to hold off on the depositions and use the expenditures towards attempting resolution prior to spending unnecessary costs.

- Depositions of Retained Experts:

   - Should mediation fail and after disclosures of experts, the parties will likely take the depositions of all retained experts. Given the possibility of the parties reaching a settlement in mediation, it is only prudent to hold off on the depositions and use the expenditures towards attempting resolution prior to spending unnecessary costs.

- Deposition of Defendant's PMK:

   - Plaintiff will likely take the deposition of Defendants' PMK and other Defendants' employee witnesses;

- Initial and Rebuttal expert designations;

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER

BURGER, MEYER & D' ANGELO, LLP

- Additional written discovery as to all parties:

  - Based on the result of additional witness depositions, both parties may require additional written discovery.

Good cause exists under Local Rule 26-3 to extend the discovery deadlines by ninety (90) days. The parties have diligently been working to complete all discovery; however, the parties have agreed to conduct a mediation with JAMS in the hopes of resolving this matter without the need of expending substantial money for experts and additional expert depositions prior to attempting resolution. Additional written discovery is continuing based upon extensive records, both medical and litigation, arising from a significant out-of-state motorcycle accident that occurred approximately a year prior to the instant accident thereby creating ongoing issues of apportionment.

Accordingly, good cause exists to extend the discovery deadlines by ninety (90) days. This request is timely under Local Rule 26-3 and is made not for purposes of delay, but to promote the fair adjudication of the case on its merits. No party will be prejudiced by the requested extension, and the parties remain committed to working cooperatively and in good faith to move the matter forward.

**IV.**

**PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE**

| | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | 09/08/2026 | 12/09/2026 |
| Motions to Amend Pleadings/Add Parties | 06/08/2026 | 09/08/2026 |
| Initial Expert Disclosures: | 07/08/2026 | 10/08/2026 |
| Rebuttal Expert Disclosures: | 08/10/2026 | 11/09/2026 |
| Dispositive Motions: | 10/08/2026 | 01/08/2027 |
| Joint Pre-Trial Order: | 11/09/2026 | 02/08/2027 |

This is the first request for an extension of time in this matter and no trial date will be

///

///

///

-4-

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**

BURGER, MEYER & D' ANGELO, LLP

impacted by the extension as no trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this  17th  day of June, 2026.          DATED this  17th  day of June, 2026.

Respectfully submitted:                         Approved as to Form and Content:

*/s/ Curtis Rawlings*                            */s/ Joel Hengstler*
By:_____                         By:_____
CURTIS RAWLINGS, ESQ.                            JOEL S. HENGSTLER, ESQ.
Nevada Bar No.: 6790                             Nevada Bar No.: 11597
725 S 8th Street, Suite 200                      8335 West Flamingo Road
Las Vegas, Nevada 89101                          Las Vegas, Nevada 89147
Attorney for Defendants                          Attorney for Plaintiff
Sam's West, Inc. and Walmart, Inc.               Veronica Roni Padilla

     **IT IS SO ORDERED.**

     DATED 6-24-26

_____
**UNITED STATES MAGISTRATE JUDGE**

BURGER, MEYER & D' ANGELO, LLP

-5-

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**